# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARLEEN R. SCHUSTER,**

       **Plaintiff,**

-vs-                                                  **Case No.  6:13-cv-1336-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the Commissioner's Opposed Motion for Remand under Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 9).

The Commissioner of Social Security requests that this matter be remanded to the Social Security Administration for further proceedings under sentence six of 42 U.S.C. § 405(g).[1] The Commissioner asserts that a remand is necessary to locate the missing transcript of the hearing before the administrative law judge or, if not found, to conduct a new hearing. The Commissioner has not yet filed an answer to Plaintiff's complaint.

Plaintiff does not oppose the request to remand but asserts that the Court should establish a time limit for the Commissioner to complete its search for the transcript and, if not found, to complete

---

[1] Section 405(g) provides, in pertinent part, that "[t]he court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . ."

the proceedings on remand. Doc. No. 10. The Commissioner's own manuals contemplate that Court-ordered time limited for completing proceedings in remand are permitted. *See* Doc. No. 10-4. Plaintiff represents that she is currently receiving disability benefits. She wishes to challenge the onset date of her disability. Doc. No. 10 at 1-2. Under these circumstances, I recommend that the Court not set a time limit to complete the proceedings on remand

Because good cause has been shown to remand this case, I respectfully recommend that the motion be **GRANTED** and that this case be **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). I further recommend that the Court direct the Clerk of Court to close the file administratively pending resolution of the proceedings on remand.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 22, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Courtroom Deputy
Counsel of Record