UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARLEEN R. SCHUSTER,

    Plaintiff,

v.                                  Case No: 6:13-cv-1336-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Government's Opposed Motion for Remand pursuant to sentence six of 42 U.S.C. § 405(g) (Doc. No. 9). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **GRANTED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case and withhold the entry of final judgment in this case pending resolution of the proceedings on remand.

**DONE AND ORDERED** at Orlando, Florida, this _____ day of December, 2013.

                                            G. KENDALL SHARP
                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record